CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 1 2 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS TULLY, ) | |
|    Plaintiff, ) | Civil Action No.7:07-cv-00283 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FRED HILDEBRAND, <u>et al.</u>, ) | By: Hon. Samuel G. Wilson |
|    Defendant. ) | United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed <u>in forma pauperis</u> without prepayment of the filing fee shall be and hereby is **DENIED**; the action is hereby **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within ten (10) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and to counsel of record for the defendant.

ENTER: This 12th day of June, 2007.

_____
United States District Judge